# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| ADAM MADHAT, individually and on behalf of all others similarly situated, ) ) ) | CASE NO. 5:20-cv-764 |
| PLAINTIFF, ) ) | JUDGE SARA LIOI |
| v. ) ) ) | JUDGMENT ENTRY |
| LIPSEY COMMUNICATIONS, LLC, d/b/a Connectivity Source, ) ) ) | |
| DEFENDANT. ) | |

For the reasons set forth in the contemporaneously filed memorandum opinion, defendant's motions to compel arbitration (Doc. Nos. 14, 21) are GRANTED, in part, in that the entire dispute is subject to arbitration. But since arbitration will resolve all outstanding issues in this suit, the case is DISMISSED without prejudice.

**IT IS SO ORDERED**.

Dated: September 3, 2020

_____
**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**